NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30066
28-FEB-2011
08:44 AM

NO. 30066

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
COREY J. GONSALES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
'EWA DIVISION
(Case No. 1DTC-07-046866)

ORDER OF CORRECTION
(By:  Fujise, J., for the court[1])

The Summary Disposition Order, filed on February 24, 2011, is hereby corrected as follows:

1.  On page 4, the record reference "[JIMS 6/25/08 at 3-5]" in footnote 4 should be deleted.

2.  On page 4, the record reference "[JIMS 6/25/08 at 3]" in footnotes 5 and 6 should be deleted.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, February 28, 2011.

FOR THE COURT:

Associate Judge

---

[1]  Fujise, Presiding Judge, Leonard and Reifurth, JJ.